IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN GRUBER,

                      Plaintiffs,

v.

CITY OF PORTAGE, *et al.*,

                      Defendants.

ORDER

16-cv-664-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff John Gruber is proceeding on claims that defendants City of Portage, Shawn Murphy, Kenneth Manthey and Klaude Thompson violated his constitutional rights by ticketing and searching cars parked on or near plaintiff's business and conducting unnecessary searches of the property. Defendants served discovery requests on Gruber and scheduled his deposition for December 8, 2017. On November 20, 2017, however, Gruber filed a motion for an extension to respond to the discovery requests and to reschedule his deposition until some time after he submits his discovery responses. Dkt. 101. In response, defendants explain that Gruber did not contact them before filing his motion, but that they reached out to him nonetheless and offered to extend his discovery deadline by 30 days, to January 9, 2018, and reschedule his deposition for January 19, 2018, with January 16, 17 and 18 as alternative dates. Dkt. 102. Plaintiff's reply brief does not address defendants' proposal.

1

Because plaintiff failed to confer with defendants before filing his motion and has not identified any persuasive reason why he cannot submit his discovery responses to defendants by January 9, 2018 or attend a deposition on January 16, 17, 18 or 19, 2018, his motion is DENIED. In the future, Gruber must work with defendants' counsel to address discovery concerns before filing motions with the court.

Entered this 27th day of December, 2017.
.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge