# Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the WESTERN DIST
District of WISCONSIN
File Number 3:16-CV-0066-WMC

| | |
|---|---|
| Plaintiff ) | |
| ) | |
| v. ) | Notice of Appeal |
| ) | |
| Defendant ) | |

Notice is hereby given that JOHN GRUBER [ (here name all parties taking the appeal) , (plaintiffs) (defendants) in the above named case,¹] hereby appeal to the United States Court of Appeals for the __7th__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the __6__ day of ~~Aug~~ NOV, 20__16__.

(11/26/2016)

(s) JOHN GRUBER
Attorney for [illegible]
[Address] P.O. BOX 892 PORTAGE 53901

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

¹ See Rule 3(c) for permissible ways of identifying appellants. (attached)
*See Circuit Rule 3(c)(1) for Docketing Statement (attached)